UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

CCS CONCRETE & MASONRY, INC. and PERFORMANCE EXCAVATING, INC.,

Defendants.

Civil File No. 02-0388 ADM/AJB

ORIGINAL

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: April 15, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiffs

APR 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 17 2002
DEPUTY CLERK

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: April 16, 2002

The Honorable Ann D. Montgomery
Judge of District Court